# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br>v.<br><br>Mariano T Juarez, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:01-cv-08011-RSWL-JEM<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05.

9/11/2017
Date

s/ RONALD S.W. LEW
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___John F. Walter___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___JFW___ after the case number in place of the initials of the prior judge so that the case number will read ___2:01-cv-08011 JFW(JEMx)___. This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (10/16)   **ORDER RETURNING CASE FOR REASSIGNMENT**